IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 18-00569 |
| NATIONAL SECURITY AGENCY, et al. | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

Defendants National Security Agency ("NSA") and Central Intelligence Agency ("CIA") (collectively, "Defendants"), through undersigned counsel, hereby respond to the Court's Order to Show Cause, in which it ordered the Government to show cause as to why its Motion to Stay the instant proceedings should not be construed as a Notice of Related Case under Local Rule 40.5(a)(3). *See* Order, Dkt. No. 13. In its order, the Court observed that Defendants filed a Notice of Related Case in *James Madison Project v. CIA*, Case No. 17-cv-1231. Defendants have argued in their stay motion that the instant case should be stayed pending a ruling on dispositive motions filed in *James Madison Project* because the two cases involve materially indistinguishable FOIA requests and responses by the same agencies.

Defendants agree that the Court should construe Defendants' Motion to Stay the instant proceedings as a Notice of Related Case. While Defendants did not file a pleading captioned as a "Notice of Related Case" with the Court in this case, it did notify the Court in the parties' Joint Proposed Schedule, filed on May 10, 2018, of the *James Madison Project* case and its related nature. *See* Dkt. No. 9. Specifically, the Joint Proposed Schedule explained that the

Government had informed Plaintiff about the existence of another case, *James Madison Project*, "seeking records related to the same [subject matter], from the same agencies, in which those agencies provided the same response as they provided to Plaintiff." Joint Proposed Schedule, Dkt. No. 9, at ¶ 3 (citing Local Rule 40.5). The Joint Proposed Schedule described the similarities in the cases and stated that Defendants intended to ask the Court to stay the instant proceeding "pending a ruling on the fully briefed motions for partial summary judgment in The James Madison Project case." *Id.* at ¶ 4. As the Court noted in its Show Cause order, Defendants also filed a Notice of Related Case in *James Madison Project*, which was served on counsel for James Madison Project.

Thus, Defendants believed that they had complied with Local Rule 40.5(b)(3), which provides that "[w]henever an attorney for a party in a civil . . . action becomes aware of the existence of a related case or cases, the attorney shall immediately notify, in writing, the judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties." Defendants now realize that they should have captioned the Joint Proposed Schedule as "Defendants' Notice of Related Case and the Parties' Joint Proposed Schedule" or, alternatively, filed a separate "Notice of Related Case," in order to better bring this issue to the Court's attention. Defendants regret any inconvenience to the Court from this omission.

As the Joint Proposed Schedule and Defendants' stay motion demonstrate, however, the two cases are clearly related because the earliest case, *James Madison Project*, is still pending, and the cases present "common issues of fact." Local Rule 40.5(a)(3). Both of the plaintiffs seek records from the CIA and NSA about the May 10, 2017 Oval Office meeting between President Trump and Russian government officials. Similarly, in both cases the CIA and NSA have informed the plaintiffs that they can neither confirm nor deny whether they possess records

responsive to their respective requests without revealing information that is exempt from disclosure by FOIA (a so-called "Glomar response"). And the CIA and NSA issued their Glomar responses in both cases for the same reasons—any answer other than a Glomar response would confirm, one way or another, whether the CIA or NSA played a role in the May 10, 2017 meeting or the lead-up briefing. *See, e.g.*, *Singh v. McConville*, 187 F. Supp. 3d 152, 155 (D.D.C. 2016) (deeming two cases related because they presented common issues of fact by challenging the same government regulations governing requests for religious accommodations on the same grounds). Therefore, the instant matter and *James Madison Project* are "related" under this Court's Local Rules.

      Finally, to answer the Court's question in the Show Cause order about whether Plaintiff consents to the designation of the instant case as related to *James Madison Project*, the undersigned counsel conferred with counsel for Plaintiff, and Plaintiff does not consent.

Dated: July 3, 2018
                              Respectfully submitted,

                              CHAD A. READLER
                              Acting Assistant Attorney General

                              MARCIA BERMAN
                              Assistant Director, Federal Programs Branch

                              */s/ Stephen M. Elliott*
                              STEPHEN M. ELLIOTT (PA Bar# 203986)
                              Trial Attorney
                              United States Department of Justice
                              Civil Division, Federal Programs Branch
                              20 Massachusetts Ave., N.W., Room 7318
                              Washington, D.C. 20530
                              Tel: (202) 305-8177
                              Email: stephen.elliott@usdoj.gov

                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on July 3, 2018, I electronically transmitted the foregoing to the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

                */s/ Stephen M. Elliott*
                STEPHEN M. ELLIOTT (PA Bar# 203986)
                Trial Attorney
                United States Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Ave., N.W., Room 7318
                Washington, D.C. 20530